# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 23-00195-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DEMARCUS C EVANS (01) | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed (Record Document 42) and the response thereto (Record Document 43), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress (Doc. 20) is **DENIED**.

**THUS DONE AND SIGNED,** at Shreveport, Louisiana, this the 22nd day of May, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE